COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Dustin Aaron and A&R Logistics Holdings, Inc. v. Katoen Natie Gulf Coast, Inc.

Appellate case number:     01-21-000082-CV

Trial court case number:    2020-72183

Trial court:               80th District Court of Harris County

Appellants, Dustin Aaron and A&R Logistics Holdings, Inc., have filed a "Second Agreed Motion for Leave to File a Redacted Brief Publicly and an Unredacted Brief Under Seal." On March 25, 2021, this Court granted appellants' first motion to file their appellants' brief under seal. In our March 25, 2021 order, we note that although Rule 76a of the Texas Rules of Civil Procedure provides no authority for this Court to make the findings necessary to decide a motion to seal, because the trial court had granted a motion to seal, we had the necessary authority to seal appellants' brief. *See R.V.K. v. L.L.K.*, 103 S.W.3d 612, 614 (Tex. App.—San Antonio 2003, no pet.) (noting appellate court ordered clerk to seal parties' briefs that were replete with references to and copies of portions of record ordered sealed by trial court).

In their second motion for leave, appellants seek leave to file their reply brief under seal, stating that their first motion "did not specifically seek leave to file a redacted version of their reply brief" under seal. Appellants' motion includes a certificate of conference representing that counsel for appellee, Katoen Natie Gulf Coast, Inc., is agreed to the relief requested in appellants' motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, appellants' motion is **granted**. Appellants are permitted to file a redacted reply brief publicly, and to further file an unredacted reply brief in paper form, to be sealed by the Clerk of this Court. *See* TEX. R. APP. P. 9.4(c)(3).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                      ☑ Acting individually    ☐ Acting for the Court

Date: ___May 4, 2021____